# IN THE SUPREME COURT OF THE STATE OF NEVADA

PHILLIP JAMES KING,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 75926

FILED

JAN 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

19-03058

cc: Hon. Lynne K. Simons, District Judge
Tanner Law & Strategy Group, Ltd.
Phillip James King
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk